**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

_____

**SECURITIES AND EXCHANGE**                          18-05459-JS-GRB
**COMMISSION,**

          **Plaintiff,**

vs.

**NUTRA PHARMA CORPORATION,**
**ERIK DEITSCH A/K/A RIK DEITSCH,**
**AND SEAN PETER MCMANUS,**

          **Defendants.**
_____/

**DEFENDANT ERIK DEITSCH'S INITIAL RULE 26(a)(1) DISCLOSURES**

Defendant Erik Deitsch a/k/a Rik Deitsch ("Deitsch"), by and through his undersigned counsel, hereby makes his initial disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure of discoverable information that he believes may be likely to support his denials, defenses, and/or avoidances (collectively, "Defenses") based upon information that is currently available to him and without having prepared and filed an Answer and Affirmative Defenses/Avoidances to the Complaint, the benefit of engaging in any discovery or reviewing the investigative files of the Plaintiff, Securities and Exchange Commission ("SEC," or the "Plaintiff"). Deitsch, therefore, reserves the right to supplement, modify, and/or amend this list in the event that he has to file an Answer and Affirmative Defenses/Avoidances or he discovers information after the date of this initial disclosure.

*Securities and Exchange Commission v. Nutra Pharma Corp., et al,*
**Defendant Erik Deitsch's**
**Initial Rule 26(a)(1) Disclosures**

A. **Individuals Likely to Have Discoverable Information that Deitsch May Use to Support His Defenses**

1. Erik Deitsch a/k/a Rik Deitsch
   c/o Carl F. Schoeppl, Esq.
   Schoeppl Law, P.A.
   4651 North Federal Highway
   Boca Raton, FL 33431

Mr. Rik Deitsch is Nutra Pharma's Chief Executive Officer, Chief Financial Officer, President and Chairman of Nutra Pharma Corporation ("Nutra Pharma" or the "Company"), and has information regarding, among other things, his Defenses, including but not limited to Nutra Pharma's activities and press releases issued on August 15, 2013, August 29, 2013, October 22, 2013, May 14, 2015, June 23, 2015 and July 10, 2015.

2. Sean Peter McManus
   320 Via Villagio
   Hypoluxo, FL 33462
   (561) 706-2990
   smcmanus@patriotsettlement.com

Mr. Sean McManus is a principal of Patriot Settlement Resources and served as a consultant for Nutra Pharma. Mr. McManus has information regarding, among other things, the Defenses and Nutra Pharma's business.

3. Chris Sullivan
   Nature's Clinic Inc.
   444 Riverview Drive
   Unit # 1
   Chatham, ON N7M 0N2
   Canada
   (519) 351-3369
   naturesclinic@bellnet.ca

Mr. Chris Sullivan is the representative of Nutra Pharma's Canadian distributor Nature's Clinic Inc. Mr. Sullivan has information regarding, among other things, the Defenses and Nutra Pharma's May 14, 2015 press release.

*Securities and Exchange Commission v. Nutra Pharma Corp., et al,*
**Defendant Erik Deitsch's**
**Initial Rule 26(a)(1) Disclosures**

4. Tom Crutchfield
   Homestead, FL
   (239) 645-9661
   tomcrutchfield1@aol.com

Mr. Tom Crutchfield is the owner of the facility that provides snake venom for Nutra Pharma's products. Mr. Crutchfield has information regarding, among other things, the Defenses and Nutra Pharma's June 23, 2015 press release.

5. Dale Vander Putten, PhD
   c/o Daniel Desouza
   DeSouza Law, PA
   101 NE Third Avenue
   Suite 1500
   Fort Lauderdale, FL 33301
   (954) 637-5090
   dale.vanderputten@nutrapharma.com

Mr. Dale Vander Putten is Nutra Pharma's Chief Scientific Officer. Mr. Vander Putten has information regarding, among other things, the Defenses and Nutra Pharma's production process and Nutra Pharma's June 23, 2015 press release.

6. Kevin Thomas
   Alternative Labs, LLC
   2231 Linwood Ave
   Naples, FL 34112
   (239) 253-6777
   kevin@alternativelabs.com

Mr. Kevin Thomas is a representative of one of Nutra Pharma's contract manufacturers, Alternative Labs, LLC. Mr. Thomas has information regarding, among other things, the Defenses and the production of Nutra Pharma's Pet Pain-Away products.

7. Harry Schulman
   (954) 610-5508
   hschuk2499@gmail.com

Mr. Harry Schulman is the former Chairman of the Board of New Vitality. Mr. Schulman has information regarding, among other things, the Defenses and the relationship between Nutra Pharma and New Vitality and the marketing strategy between the two companies.

*Securities and Exchange Commission v. Nutra Pharma Corp., et al,*
**Defendant Erik Deitsch's**
**Initial Rule 26(a)(1) Disclosures**

8. Jonathan Flicker
   (310) 650-9730
   jonathan.flicker@gmail.com

Mr. Jonathan Flicker is the former Chief Executive Officer of New Vitality. Mr. Flicker has information regarding, among other things, the Defenses and Nutra Pharma's August 15, 2013 and August 29, 2013 press releases.

9. Jason Cope
   (440) 759-5697
   jasonmcope@gmail.com

Mr. Jason Cope is a former consultant to Nutra Pharma. Mr. Cope has information regarding, among other things, the Defenses and Nutra Pharma's business.

10. Jack Brewer
    St. Louis Park, MN
    (612) 282-8281
    jack.brewer@thebrewergroup.com

Mr. Jack Brewer is the Chief Executive Officer of The Brewer Group. Mr. Brewer has information regarding, among other things, the Defenses and the marketing and distribution of Nutra Pharma products, as well as the relationship with SeeThruEquity, LLC.

11. Joel Mayersohn, Esq.
    Dickinson Wright
    350 East Las Olas Boulevard
    Suite 1750
    Ft. Lauderdale, FL 33301
    (954) 557-5664
    jmayersohn@dickinson-wright.com

Mr. Joel Mayersohn is an attorney with the firm of Dickinson Wright.  Mr. Mayersohn has possible information regarding, among other things, the Defenses and Nutra Pharma's filings with the Securities and Exchange Commission.

*Securities and Exchange Commission v. Nutra Pharma Corp., et al,*
**Defendant Erik Deitsch's**
**Initial Rule 26(a)(1) Disclosures**

12. Derek Webb
    Liggett & Webb P.A.
    1901 S. Congress Ave
    Suite 110
    Boynton Beach, FL 33426
    (561) 283-9642
    derekw@lvwcpa.com

Mr. Derek Webb is a Certified Public Accountant with the firm of Liggett & Webb P.A. Mr. Webb has possible information regarding, among other things, the Defenses and certain of Nutra Pharma's audits.

13. Daszkal Bolton, LLP
    2401 NW Boca Raton Blvd
    Boca Raton, FL 33431
    (561) 367-6632

Daszkal Bolton, LLP is a Certified Public Accounting firm. Daszkal Bolton, LLP has possible information regarding, among other things, the Defenses and certain of Nutra Pharma's audits.

14. Larry Wolfe
    (954) 501-4148
    lwolfe@lwolfeaccounting.com

Mr. Larry Wolfe is a Certified Public Accountant and an accounting consultant. Mr. Wolfe has possible information regarding, among other things, the Defenses and Nutra Pharma's accounting.

15. Helen Qu, CPA
    (703) 626-7117
    quxancpa@gmail.com

Ms. Helen Qu is a Certified Public Accountant and the bookkeeper for Nutra Pharma. Ms. Qu has possible information regarding, among other things, the Defenses and Nutra Pharma's accounting.

16. Chuck Joseph
    (954) 529-7834
    josephgang@bellsouth.net

*Securities and Exchange Commission v. Nutra Pharma Corp., et al,*
**Defendant Erik Deitsch's
Initial Rule 26(a)(1) Disclosures**

      Mr. Chuck Joseph is a building contractor. Mr. Joseph has information regarding, among other things, the Defenses and Nutra Pharma's payment for the expansion of production facilities for snake venom referenced in the Company's June 23, 2015 press release.

      17.    NAC Marketing Company, LLC
                  260 Smith Street
                  Farmingdale, NY 11735

      NAC Marketing Company, LLC ("NAC") is a company related to New Vitality. NAC has information regarding, among other things, the Defenses and a consulting agreement with MGRD Inc.

      18.    MGRD, Inc.
                  12502 West Atlantic Blvd.
                  Coral Springs, FL 33071

      MGRD, Inc. ("MGRD") is a company related to Deitsch. MGRD has information regarding, among other things, the Defenses and a consulting agreement with NAC.

      19.    Chris Castaldo
                  Wall Street Buy Sell Hold, Inc.
                  135 Glenwood Rd.
                  Glenwood, NY 11547

      Mr. Chris Castaldo ran a company called Wall Street Buy Sell Hold Inc. ("WSBSH"). Mr. Castaldo has information regarding, among other things, the Defenses and an agreement between WSBSH and Nutra Pharma as it relates to Nutra Pharma's August 15, 2013, August 29, 2013 and October 22, 2013 press releases.

      20.    Ajay Tandon
                  SeeThruEquity, LLC
                  New York, NY

      Mr. Ajay Tandon is the Chief Executive Officer of SeeThruEquity, LLC. Mr. Tandon has information regarding, among other things, the Defenses and Nutra Pharma's July 10, 2015 press release.

*Securities and Exchange Commission v. Nutra Pharma Corp., et al,*
**Defendant Erik Deitsch's**
**Initial Rule 26(a)(1) Disclosures**

21. New Vitality
 95 Executive Drive
 Suite 14
 Edgewood, NY 11717

New Vitality is a marketing company that distributed Nutra Pharma's products. New Vitality has information regarding, among other things, the Defenses and Nutra Pharma's August 15, 2013 and August 29, 2013 press releases.

22. Former and Current Customers of Nutra Pharma

Former and current customers of Nutra Pharma may have information regarding, among other things, the policies, practices, and procedures of Nutra Pharma regarding the preparation of press releases, the policies, practices and procedures of Nutra Pharma regarding the source of information in press releases, and the policies, practices, and procedures of Nutra Pharma.

23. Deitsch incorporates by reference all witnesses identified by the Plaintiff in the Securities and Exchange Commission's Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1) and any witnesses yet to be identified by Plaintiff.

24. Deitsch incorporates by reference all witnesses identified by Defendant Nutra Pharma in its Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1) and any witnesses yet to be identified by Nutra Pharma.

25. Deitsch incorporates by reference all witnesses identified by Defendant McManus in his Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1) and any witnesses yet to be identified by McManus.

26. Any and all impeachment and/or rebuttal witnesses.

27. Expert witnesses as necessary and appropriate to address pertinent issues. Disclosures relating to expert witnesses will be made in accordance with the schedule set forth as ordered by the Court.

28. Deitsch reserves the right to add other witnesses identified in discovery as this matter progresses.

*Securities and Exchange Commission v. Nutra Pharma Corp., et al,*
**Defendant Erik Deitsch's**
**Initial Rule 26(a)(1) Disclosures**

B.  **Documents that Deitsch May Use to Support His Defense**

Deitsch believed the following categories of documents may be used to support his defenses at this time:

1. Any and all documents, data compilations, and tangible things produced, or to be produced, by any party, either in this action or in any related investigation conducted by the SEC or other government agency.

2. Any and all documents, data compilations, and tangible things produced, or to be produced, in this action or any other related action filed by the SEC or other government agency, in response to any discovery requests or subpoenas *duces tecum* served by any of the Defendants or the Plaintiff.

3. Any and all documents, data compilations, and tangible things produced, or to be produced, in this action or any other related action filed by Deitsch, Nutra Pharma, McManus or any other person or entity in the SEC's underlying investigation, including but not limited to, the documents produced by Nutra Pharma bates stamped NUTRA000001 - NUTRA002835.

4. Deitsch incorporates by reference all documents, data compilations, and tangible things identified by the Plaintiff in the Securities and Exchange Commission's Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1).

5. Deitsch incorporates by reference all documents, data compilations, and tangible things identified by Defendant Nutra Pharma's Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1).

6. Deitsch incorporates by reference all documents, data compilations, and tangible things identified by Defendant McManus Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1).

7. Deitsch reserves the right to add other documents identified as his discovery in this matter progresses.

C.  **Damages**

Deitsch does not allege any damages at this time.

8

*Securities and Exchange Commission v. Nutra Pharma Corp., et al,*
**Defendant Erik Deitsch's**
**Initial Rule 26(a)(1) Disclosures**

D.   **Insurance Agreements**

Deitsch is presently unaware of an insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment. Should Deitsch become aware of such an insurance agreement, he reserves the right to amend this disclosure.

Dated: March 27, 2019
Boca Raton, Florida

Respectfully submitted,

**By: s/ Carl F. Schoeppl, Esq. (CS7917)**
Carl F. Schoeppl, Esq.
*Counsel for Defendant Erik Deitsch*
**SCHOEPPL LAW, P.A.**
4651 North Federal Highway
Boca Raton, Florida 33431-5133
Telephone: (561) 394-8301
Facsimile: (561) 394-3121
E-Mail: carl@schoeppllaw.com

*Securities and Exchange Commission v. Nutra Pharma Corp., et al,*
**Defendant Erik Deitsch's**
**Initial Rule 26(a)(1) Disclosures**

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2019, the foregoing **DEFENDANT ERIK DEITSCH'S INITIAL RULE 26(a)(1) DISCLOSURES** was served in accordance with the Federal Rules of Civil Procedure, the Eastern District's Local Rules, and/or the Eastern District's Rules on Electronic Service, upon the following parties:

| Party | Method of Service | Name, Address, Telephone, and E-mail Address of Party |
|---|---|---|
| *Securities and Exchange Commission, Plaintiff* | Electronic Mail | Lara Shalov Mehraban<br>Lindsay Senechal Moilanen<br>Preethi Krishnamurthy<br>Sheldon Leo Pollock, III<br>Marc P. Berger<br>U.S. Securities and Exchange Commission<br>New York Regional Office<br>200 Vesey Street<br>Suite 400<br>New York, NY 10281-1022<br>Telephone: 212-336-0591<br>Email: MehrabanL@sec.gov<br>Email: moilanenl@sec.gov<br>Email: krishnamurthyp@sec.gov<br>Email: pollocks@sec.gov<br>Email: bergerm@sec.gov |
| *Nutra Pharma Corporation, Defendant* | Electronic Mail | Daniel Desouza<br>DeSouza Law, PA<br>101 NE Third Avenue<br>Suite 1500<br>Fort Lauderdale, FL 33301<br>Telephone: 954-603-1340<br>Fax: 954-356-0406<br>Email: ddesouza@desouzalaw.com |

*Securities and Exchange Commission v. Nutra Pharma Corp., et al,*
**Defendant Erik Deitsch's**
**Initial Rule 26(a)(1) Disclosures**

| Party | Method of Service | Name, Address, Telephone, and E-mail Address of Party |
|---|---|---|
| *Sean Peter McManus, Defendant* | Electronic Mail | Sean Peter McManus<br>320 Via Villagio<br>Hypoluxo, FL 33462<br>Telephone: (561) 706-2990<br>Email: smcmanus@patriotsettlement.com<br>PRO SE |

By: **:  s/ Carl F. Schoeppl, Esq. (CS7917)**
Carl F. Schoeppl, Esq.
*Counsel for Defendant Erik Deitsch*

\\SLPA-FILE\RedirectedFolders$\kyle\Desktop\Nutra Pharma Rule 26\2019 03 27 Deitsch Rule 26 Initial Disclosure FINAL.wpd