Subj: **Re: Extension of Agreement 08242015**
Date: 8/25/2015 3:15:22 P.M. Eastern Daylight Time
From: ChrisCastaldo@aol.com
To: rik.deitsch@nutrapharma.com

I hope we get FDA orphan status in 2 - 4 weeks and laugh. And India, China etc....

Christopher F. Castaldo
Founder / CEO
866.STP.NEWS (Toll Free)
516.656.0217 (ph)
516.656.9523 (fax)
516.659.4326 (cell)
www.stocktraderspress.com
www.wallstreetbuysellhold.com

In a message dated 8/25/2015 3:10:55 P.M. Eastern Daylight Time, rik.deitsch@nutrapharma.com writes:

> Chris,
>
> Next year -- we'll be on the NASDAQ and laugh about this.
>
> Rik
>
> **From:** ChrisCastaldo@aol.com [mailto:ChrisCastaldo@aol.com]
> **Sent:** Tuesday, August 25, 2015 3:09 PM
> **To:** rik.deitsch@nutrapharma.com
> **Subject:** Re: Extension of Agreement 08242015
>
> Rik,
>
> You know I have confidence in you. I made a poor choice in my words that were typed in response. Which quickly were corrected.
>
> Thank you for understanding.
>
> Christopher F. Castaldo

EXHIBIT
232
7/23/2020

WS000105

Friday, July 15, 2016 AOL: ChrisCastaldo

SEC-NUTRA-000152221
Confidential

Founder / CEO
866.STP.NEWS (Toll Free)
516.656.0217 (ph)
516.656.9523 (fax)
516.659.4326 (cell)
www.stocktraderspress.com
www.wallstreetbuysellhold.com

In a message dated 8/25/2015 3:07:07 P.M. Eastern Daylight Time, rik.deitsch@nutrapharma.com writes:

WOW - - OK

Retraction.

Contract attached.

Rik



Rik J Deitsch

Chief Executive Officer

Nutra Pharma Corporation

OTCQB: NPHC

Office: 954-509-0911

Mobile: 954-295-1952

Fax: 877-895-5647

Rik.Deitsch@nutrapharma.com

www.NutraPharma.com

www.InvisibleKillers.com

**From:** ChrisCastaldo@aol.com [mailto:ChrisCastaldo@aol.com]
**Sent:** Tuesday, August 25, 2015 2:23 PM
**To:** rik.deitsch@nutrapharma.com
**Subject:** Re: Extension of Agreement 08242015

Retraction. We do have confidence in you. That's the only reason we work with you. You are honest and do what you say. But its the timing. So lets me clarify that.

We don't care if its 1 week, or 6 more months.

But if someone say next week, 5 weeks in a row, its causes concern.

I trust you understand.

Christopher F. Castaldo
Founder / CEO
866.STP.NEWS (Toll Free)
516.656.0217 (ph)
516.656.9523 (fax)
516.659.4326 (cell)
www.stocktraderspress.com
www.wallstreetbuysellhold.com

In a message dated 8/25/2015 2:13:08 P.M. Eastern Daylight Time, rik.deitsch@nutrapharma.com writes:

Chris,

We obviously see the value of your list -- but it seems to only have value when Sean McManus is calling your people.

When I ask my Board to re-hire you, their only response is that we've have over 10 low-volume days and 4 NO-Volume days while you were under contract. The No-Volume days are especially troubling. How do I tell my Board that you couldn't get one single share of stock into somebody's hands while you're being paid to do that.

I know your response -- "NEWS". Well, we had news during this last contract and we had the See Thru Equity report that put a $0.53 price on the stock.

We have news coming out -- but I don't have a lot of confidence that you can actually bring in consistent volume.

All of that being said -- SHOW ME SOMETHING WITHOUT SEAN. There's 2 hours of trading left today. Another 30K share puts us back at $0.20. If we can close at $0.20 again -- we've got a deal and then some. Hell -- just have us close up!! One trade puts us back at $0.17.

Rik



Rik J Deitsch

Chief Executive Officer

Nutra Pharma Corporation

OTCQB: NPHC

Office: 954-509-0911

Mobile: 954-295-1952

Fax: 877-895-5647

Rik.Deitsch@nutrapharma.com

www.NutraPharma.com

www.InvisibleKillers.com

From: Don Stewart [mailto:dstewart@stocktraderspress.com]
Sent: Monday, August 24, 2015 1:59 PM
To: Rik J Deitsch
Cc: chriscastaldo@aol.com
Subject: Extension of Agreement 08242015

Rik,

As discussed with Chris, please find the agreed upon Extension of the Agreement.

Please review and if all is well sign and return.

Thank you

Don Stewart

Operations Manager

dstewart@stocktraderspress.com

Stock Traders Press Inc.

135 Glenwood Road.

Box 416

Glenwood Landing, NY 115477

Toll Free# (866) 787-6397

Local # (516) 656-0217

Fax # (516) 656-9523

www.stocktraderspress.com

**Disclaimer/Confidentiality Notice:**
StockTradersPress ("STP") is the publishing name o Stock Traders Press Inc. STP is a subscription based service and does not provide investment counseling, or act as an investment advisor. The employees of STP are not registered investment advisors and as such, the recommendations covered in STP research reports are opinions and personal beliefs of the analysts that are writing such reports.

This email and any files transmitted with it are confidential and intended solely for the use of the individual to whom it is addressed. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system.

WS000110

Friday, July 15, 2016 AOL: ChrisCastaldo

Confidential

SEC-NUTRA-000152226