## Summary of Investments in Nutra Pharma
## May 1, 2015 through December 31, 2015

| Investor | Issuance Date | Shares Issued | Amount Invested | State/Country of Residence |
|---|---|---|---|---|
| Macdonald, Michael | 6/10/15 | 833,333 | $50,000.00 | California |
| Macek, Tom | 6/10/15 | 500,000 | $30,000.00 | Florida |
| Macek, Tom | 6/10/15 | 200,000 | $12,000.00 | Florida |
| Storti, Thomas | 6/16/15 | 83,330 | $4,999.80 | Michigan |
| Daratony, Thomas | 6/16/15 | 42,000 | $2,520.00 | Michigan |
| Schock, Jeffrey | 6/16/15 | 100,000 | $6,000.00 | Michigan |
| Kernen, Kenneth | 6/24/15 | 300,000 | $18,000.00 | Michigan |
| Schifko, Paul | 6/24/15 | 40,000 | $2,400.00 | Michigan |
| Barbee, Charles | 6/24/15 | 15,000 | $900.00 | Michigan |
| Macdonald, Michael | 6/24/15 | 500,000 | $30,000.00 | California |
| Hardy, Douglas | 6/24/15 | 150,000 | $9,000.00 | Michigan |
| Kahle, Ronald | 7/2/15 | 500,000 | $30,000.00 | Ohio |
| Eisen, Paul | 7/2/15 | 350,000 | $21,000.00 | New York |
| Koch, William | 7/2/15 | 1,000,000 | $60,000.00 | Michigan |
| Lucas, Joseph | 7/2/15 | 200,000 | $12,000.00 | Florida |
| Rhodes, Steven | 7/2/15 | 400,000 | $24,000.00 | Ohio |
| Macek, Tom | 7/2/15 | 300,000 | $18,000.00 | Florida |
| Stacy, John | 7/2/15 | 666,667 | $40,000.00 | Texas |
| Holdan, Walter | 7/2/15 | 416,667 | $25,000.00 | Michigan |
| Hutton, David | 7/2/15 | 250,000 | $15,000.00 | Canada |
| Schaaf, James | 7/2/15 | 333,334 | $20,000.00 | Michigan |
| Schaaf, Gordon | 7/13/15 | 334,000 | $20,040.00 | Maryland |
| Harrell, Stan | 7/13/15 | 250,000 | $15,000.00 | Texas |
| Neitzel, David | 7/13/15 | 166,667 | $10,000.00 | Indiana |
| Thomas, Jane | 8/26/15 | 166,667 | $10,000.02 | Virginia |
| Benedetto, Michael | 8/26/15 | 166,667 | $10,000.00 | New York |
| Rutigliano, Michael | 8/26/15 | 83,334 | $5,000.00 | New York |
| Golob, Gary | 8/26/15 | 30,000 | $3,000.00 | Florida |
| Daniel, Paul | 9/21/15 | 200,000 | $12,000.00 | Florida |
| Koch, William | 9/21/15 | 1,000,000 | $60,000.00 | Michigan |
| Antakli, Jehad | 9/21/15 | 100,000 | $6,000.00 | Michigan |
| Arnold, Jeffrey | 9/21/15 | 44,000 | $2,640.00 | Illinois |
| Wear, John | 9/21/15 | 833,333 | $50,000.00 | Illinois |
| Rhodes, Steven | 9/21/15 | 300,000 | $18,000.00 | Ohio |
| Kahle, Ronald | 11/23/15 | 500,000 | $30,000.00 | Ohio |
| Wear, John | 11/23/15 | 100,000 | $6,000.00 | Illinois |
| Lucas, Joseph | 11/23/15 | 70,000 | $4,200.00 | Florida |
| Rhodes, Steven | 11/23/15 | 200,000 | $12,000.00 | Ohio |

**Summary of Investments in Nutra Pharma**
**May 1, 2015 through December 31, 2015**

| Investor | Issuance Date | Shares Issued | Amount Invested | State/Country of Residence |
|---|---|---|---|---|
| Cherney, Bradley | 11/23/15 | 83,334 | $5,000.00 | Florida |
| McManus, Thomas | 11/23/15 | 16,667 | $1,000.00 | New York |
| Kowalski, Stephen | 11/23/15 | 150,000 | $9,000.00 | Florida |
| Daniel, Paul | 11/23/15 | 210,000 | $12,600.00 | Florida |
| Rhodes, Steven | 11/23/15 | 300,000 | $18,000.00 | Ohio |
| Bradley, James | 11/23/15 | 100,000 | $6,001.00 | Indiana |
| | Totals: | 12,585,000 | $756,300.82 | |

Sources:

Plaintiff's Second Requests for Admission to Defendant Nutra Pharma Corporation
   dated March 6, 2020, along with Nutra Pharma's responses dated April 7, 2020

Transfer Activity Report prepared by Standard Registrar and Transfer Company, Inc.,
   for the period January 1, 2020, through March 22, 2016
   (SEC-NUTRA-000106408–106519)

Wachovia Wells Fargo Bank Statements for Nutra Pharma Corp. and supporting documents
   (SEC-NUTRA-000146690–146699; 143912–143969; 144341–144380)

Investor subscription agreements, purchaser questionnaires, and evidence of payment
   (NUTRA002429-2835)