## Summary of Nutra Pharma Shares Issued to Investors and for Services
## May 1, 2015 through December 31, 2015

| Issuance Date | Recipient of Shares | Shares Issued | Date (s) of Counterparty Signature | Agreement Type | Shares Issued Since Prior Form 10-Q (Cumulative) | Date on Prior Form 10-Q | Shares Outstanding as of Prior Form 10-Q | Percentage Increase |
|---|---|---|---|---|---|---|---|---|
| 6/10/15 | MACDONALD, MICHAEL | 833,333 | 5/19/15 | Investment | 833,333 | 5/19/15 | 39,738,722 | 2.10% |
| 6/10/15 | MACEK, TOM | 700,000 | 5/22/15 & 5/27/15 | Investment | 1,533,333 | 5/19/15 | 39,738,722 | 3.86% |
| 6/10/15 | CASTALDO, CHRISTOPHER | 200,000 | 5/19/15 | Services | 1,733,333 | 5/19/15 | 39,738,722 | 4.36% |
| 6/16/15 | STORTI, THOMAS | 83,330 | 6/9/15 | Investment | 1,816,663 | 5/19/15 | 39,738,722 | 4.57% |
| 6/16/15 | DARATONY, THOMAS | 42,000 | 6/12/15 | Investment | 1,858,663 | 5/19/15 | 39,738,722 | 4.68% |
| 6/16/15 | SCHOCK, JEFFREY | 100,000 | 6/12/15 | Investment | 1,958,663 | 5/19/15 | 39,738,722 | 4.93% |
| 6/24/15 | BARBEE, CHARLES | 15,000 | 6/19/15 | Investment | 1,973,663 | 5/19/15 | 39,738,722 | 4.97% |
| 6/24/15 | HARDY, DOUGLAS | 150,000 | 6/19/15 | Investment | 2,123,663 | 5/19/15 | 39,738,722 | **5.34%** |
| 6/24/15 | KERNEN, KENNETH | 300,000 | 6/11/15 | Investment | 2,423,663 | 5/19/15 | 39,738,722 | **6.10%** |
| 6/24/15 | MACDONALD, MICHAEL | 500,000 | 6/19/15 | Investment | 2,923,663 | 5/19/15 | 39,738,722 | **7.36%** |
| 6/24/15 | SCHIFKO, PAUL | 40,000 | 6/17/15 | Investment | 2,963,663 | 5/19/15 | 39,738,722 | **7.46%** |
| 7/2/15 | KOCH, WILLIAM | 1,000,000 | 6/23/15 | Investment | 3,963,663 | 5/19/15 | 39,738,722 | **9.97%** |
| 7/2/15 | HOLDAN, WALTER | 416,667 | 6/30/15 | Investment | 4,380,330 | 5/19/15 | 39,738,722 | **11.02%** |
| 7/2/15 | EISEN, PAUL | 350,000 | 6/19/15 | Investment | 4,730,330 | 5/19/15 | 39,738,722 | **11.90%** |
| 7/2/15 | LUCAS, JOSEPH | 200,000 | 6/25/15 | Investment | 4,930,330 | 5/19/15 | 39,738,722 | **12.41%** |
| 7/2/15 | MACEK, TOM | 300,000 | 6/28/15 | Investment | 5,230,330 | 5/19/15 | 39,738,722 | **13.16%** |
| 7/2/15 | SCHAAF, JAMES | 333,334 | 6/30/15 | Investment | 5,563,664 | 5/19/15 | 39,738,722 | **14.00%** |
| 7/2/15 | HUTTON, DAVID | 250,000 | 6/30/15 | Investment | 5,813,664 | 5/19/15 | 39,738,722 | **14.63%** |
| 7/2/15 | RHODES, STEVEN | 400,000 | 6/26/15 | Investment | 6,213,664 | 5/19/15 | 39,738,722 | **15.64%** |
| 7/2/15 | KAHLE, RONALD | 500,000 | 6/12/15 | Investment | 6,713,664 | 5/19/15 | 39,738,722 | **16.89%** |
| 7/2/15 | STACY, JOHN | 666,667 | 6/30/15 | Investment | 7,380,331 | 5/19/15 | 39,738,722 | **18.57%** |
| 7/13/15 | HARRELL, STAN | 250,000 | 6/30/15 | Investment | 7,630,331 | 5/19/15 | 39,738,722 | **19.20%** |
| 7/13/15 | SCHAAF, GORDON | 334,000 | 6/30/15 | Investment | 7,964,331 | 5/19/15 | 39,738,722 | **20.04%** |
| 7/13/15 | NEITZEL, DAVID | 166,667 | 6/30/15 | Investment | 8,130,998 | 5/19/15 | 39,738,722 | **20.46%** |
| 8/26/15 | THOMAS, JANE | 166,667 | 6/30/15 | Investment | 166,667 | 8/18/15 | 65,047,754 | 0.26% |
| 8/26/15 | RUTIGLIANO, MICHAEL | 83,334 | 7/7/15 | Investment | 250,001 | 8/18/15 | 65,047,754 | 0.38% |
| 8/26/15 | BENEDETTO, MICHAEL | 166,667 | 6/30/15 | Investment | 416,668 | 8/18/15 | 65,047,754 | 0.64% |
| 8/26/15 | LEMELMAN, NEIL | 500,000 | 8/1/15 | Services | 916,668 | 8/18/15 | 65,047,754 | 1.41% |
| 8/26/15 | MCMANUS, SEAN | 750,000 | 8/1/15 | Services | 1,666,668 | 8/18/15 | 65,047,754 | 2.56% |
| 8/26/15 | GOLOB, GARY | 30,000 | 7/29/15 | Investment | 1,696,668 | 8/18/15 | 65,047,754 | 2.61% |
| 9/21/15 | KOCH, WILLIAM | 1,000,000 | 8/28/15 | Investment | 2,696,668 | 8/18/15 | 65,047,754 | 4.15% |
| 9/21/15 | RHODES, STEVEN | 300,000 | 9/9/15 | Investment | 2,996,668 | 8/18/15 | 65,047,754 | 4.61% |
| 9/21/15 | ANTAKLI, JEHAD | 100,000 | 9/3/15 | Investment | 3,096,668 | 8/18/15 | 65,047,754 | 4.76% |

## Summary of Nutra Pharma Shares Issued to Investors and for Services
## May 1, 2015 through December 31, 2015

| Issuance Date | Recipient of Shares | Shares Issued | Date(s) of Counterparty Signature | Agreement Type | Shares Issued Since Prior Form 10-Q (Cumulative) | Date on Prior Form 10-Q | Shares Outstanding as of Prior Form 10-Q | Percentage Increase |
|---|---|---|---|---|---|---|---|---|
| 9/21/15 | WEAR, JOHN | 833,333 | 9/8/15 | Investment | 3,930,001 | 8/18/15 | 65,047,754 | **6.04%** |
| 9/21/15 | ARNOLD, JEFFREY | 44,000 | 9/5/15 | Investment | 3,974,001 | 8/18/15 | 65,047,754 | **6.11%** |
| 9/21/15 | DANIEL, PAUL | 200,000 | 8/12/15 | Investment | 4,174,001 | 8/18/15 | 65,047,754 | **6.42%** |
| 9/25/15 | BARTLEY, MARK | 200,000 | 9/22/15 | Services | 4,374,001 | 8/18/15 | 65,047,754 | **6.72%** |
| 9/28/15 | LUCAS, JOSEPH | 250,000 | 9/28/15 | Services | 4,624,001 | 8/18/15 | 65,047,754 | **7.11%** |
| 9/28/15 | COSTA, LANCE | 300,000 | 9/28/15 | Services | 4,924,001 | 8/18/15 | 65,047,754 | **7.57%** |
| 11/19/15 | FAIRMONT ADVISORS | 110,000 | 10/13/15 | Services | 5,034,001 | 8/18/15 | 65,047,754 | **7.74%** |
| 11/19/15 | THE BREWER GROUP | 1,000,000 | 10/15/15 | Services | 6,034,001 | 8/18/15 | 65,047,754 | **9.28%** |
| 11/23/15 | RHODES, STEVEN | 500,000 | 10/08/15 & 10/26/15 | Investment | 500,000 | 11/20/15 | 76,391,590 | 0.65% |
| 11/23/15 | WEAR, JOHN | 100,000 | 10/2/15 | Investment | 600,000 | 11/20/15 | 76,391,590 | 0.79% |
| 11/23/15 | DANIEL, PAUL | 210,000 | 10/26/15 | Investment | 810,000 | 11/20/15 | 76,391,590 | 1.06% |
| 11/23/15 | LUCAS, JOSEPH | 70,000 | 10/8/15 | Investment | 880,000 | 11/20/15 | 76,391,590 | 1.15% |
| 11/23/15 | KAHLE, RONALD | 500,000 | 9/12/15 | Investment | 1,380,000 | 11/20/15 | 76,391,590 | 1.81% |
| 11/23/15 | CHERNEY, BRADLEY | 83,334 | 10/13/15 | Investment | 1,463,334 | 11/20/15 | 76,391,590 | 1.92% |
| 11/23/15 | MCMANUS, THOMAS | 16,667 | 10/19/15 | Investment | 1,480,001 | 11/20/15 | 76,391,590 | 1.94% |
| 11/23/15 | KOWALSKI, BRENT | 150,000 | 10/20/15 | Investment | 1,630,001 | 11/20/15 | 76,391,590 | 2.13% |
| 11/23/15 | BRADLEY, JAMES | 100,000 | 10/30/15 | Investment | 1,730,001 | 11/20/15 | 76,391,590 | 2.26% |

Sources:

Plaintiff's Second Requests for Admission to Defendant Nutra Pharma Corporation dated March 6, 2020, along with Nutra Pharma's responses dated April 7, 2020

Transfer Activity Report prepared by Standard Registrar and Transfer Company, Inc., for the period January 1, 2010, through March 22, 2016 (SEC-NUTRA-000106408–106519)

Investor subscription agreements, purchaser questionnaires, and evidence of payment (NUTRA002429-2835)

Consulting agreements (SEC-NUTRA-000014434–14771; 105844–1058530)

Nurtra Pharma Forms 10-Q filed on May 19, 2015, August 18, 2015, and November 23, 2015