## Summary of Trading in Personal Brokerage Accounts by Erik Deitsch

| Trade Date | Transaction Type | Total Volume | Total Transactions | Total Stock Cost | Total Commissions and Fees | Total Statement Amount |
|---|---|---|---|---|---|---|
| 11/8/2012 | BUY | 19,000 | 5 | $ 406.50 | $ - | $ 406.50 |
| 11/9/2012 | BUY | 33,000 | 1 | $ 528.00 | $ - | $ 528.00 |
| 11/13/2012 | BUY | 26,000 | 4 | $ 451.50 | $ - | $ 451.50 |
| 11/15/2012 | BUY | 11,000 | 1 | $ 180.40 | $ - | $ 180.40 |
| 11/20/2012 | BUY | 100 | 1 | $ 2.00 | $ - | $ 2.00 |
| 12/3/2012 | BUY | 1,100 | 2 | $ 17.60 | $ - | $ 17.60 |
| 12/4/2012 | BUY | 1,000 | 1 | $ 15.50 | $ - | $ 15.50 |
| 12/6/2012 | BUY | 1,000 | 1 | $ 17.00 | $ - | $ 17.00 |
| 12/10/2012 | BUY | 1,000 | 1 | $ 14.90 | $ - | $ 14.90 |
| 12/11/2012 | BUY | 3,500 | 4 | $ 51.90 | $ - | $ 51.90 |
| 12/12/2012 | BUY | 6,300 | 4 | $ 92.24 | $ - | $ 92.24 |
| 12/13/2012 | BUY | 2,000 | 2 | $ 28.50 | $ - | $ 28.50 |
| 12/17/2012 | BUY | 4,000 | 4 | $ 62.00 | $ - | $ 62.00 |
| 12/18/2012 | BUY | 2,000 | 2 | $ 30.20 | $ - | $ 30.20 |
| 12/19/2012 | BUY | 2,000 | 2 | $ 33.00 | $ - | $ 33.00 |
| 12/20/2012 | BUY | 1,000 | 1 | $ 16.50 | $ - | $ 16.50 |
| 12/21/2012 | BUY | 2,000 | 2 | $ 32.00 | $ - | $ 32.00 |
| 12/26/2012 | BUY | 100 | 1 | $ 1.60 | $ - | $ 1.60 |
| 12/31/2012 | BUY | 500 | 1 | $ 7.45 | $ - | $ 7.45 |
| 1/15/2013 | BUY | 100 | 1 | $ 1.14 | $ 9.99 | $ 11.13 |
| 1/31/2014 | BUY | 500 | 1 | $ 4.90 | $ 9.99 | $ 14.89 |
| 2/4/2014 | BUY | 3,200 | 5 | $ 30.40 | $ 49.95 | $ 80.35 |
| 2/5/2014 | BUY | 5,500 | 10 | $ 48.34 | $ 99.90 | $ 148.24 |
| 2/6/2014 | BUY | 10,100 | 2 | $ 90.88 | $ 19.98 | $ 110.86 |
| 2/7/2014 | BUY | 11,000 | 2 | $ 99.50 | $ 19.98 | $ 119.48 |
| 2/10/2014 | BUY | 15,000 | 1 | $ 132.00 | $ 9.99 | $ 141.99 |
| 2/11/2014 | BUY | 40,000 | 4 | $ 330.00 | $ 39.96 | $ 369.96 |
| 2/12/2014 | BUY | 216,000 | 5 | $ 1,678.30 | $ 49.95 | $ 1,728.25 |
| 2/13/2014 | BUY | 40,000 | 4 | $ 346.00 | $ 39.96 | $ 385.96 |
| 2/14/2014 | BUY | 10,000 | 1 | $ 85.00 | $ 9.99 | $ 94.99 |
| 2/19/2014 | BUY | 10,000 | 1 | $ 85.00 | $ 9.99 | $ 94.99 |
| 2/21/2014 | BUY | 10,000 | 1 | $ 85.00 | $ 9.99 | $ 94.99 |

## Summary of Trading in Personal Brokerage Accounts by Erik Deitsch

| Trade Date | Transaction Type | Total Volume | Total Transactions | Total Stock Cost | Total Commissions and Fees | Total Statement Amount |
|---|---|---|---|---|---|---|
| 2/26/2014 | BUY | 10,000 | 1 | $ 80.00 | $ 9.99 | $ 89.99 |
| 3/3/2014 | BUY | 15,000 | 1 | $ 120.00 | $ 9.99 | $ 129.99 |
| 3/4/2014 | BUY | 20,000 | 2 | $ 162.00 | $ 19.98 | $ 181.98 |
| 3/5/2014 | BUY | 5,000 | 1 | $ 38.50 | $ 9.99 | $ 48.49 |
| 3/7/2014 | BUY | 33,000 | 4 | $ 238.60 | $ 39.96 | $ 278.56 |
| 3/10/2014 | BUY | 1,200 | 3 | $ 8.58 | $ 29.97 | $ 38.55 |
| 3/11/2014 | BUY | 2,000 | 2 | $ 15.60 | $ 19.98 | $ 35.58 |
| 3/12/2014 | BUY | 37,000 | 4 | $ 259.70 | $ 39.96 | $ 299.66 |
| 3/13/2014 | BUY | 2,000 | 2 | $ 14.42 | $ 19.98 | $ 34.40 |
| 3/18/2014 | BUY | 1,000 | 1 | $ 7.50 | $ 9.99 | $ 17.49 |
| 3/26/2014 | BUY | 2,000 | 2 | $ 14.80 | $ 19.98 | $ 34.78 |
| 6/9/2014 | BUY | 1,000 | 1 | $ 4.00 | $ 9.99 | $ 13.99 |
| 6/10/2014 | BUY | 1,000 | 1 | $ 4.40 | $ 9.99 | $ 14.39 |
| 6/13/2014 | BUY | 4,000 | 4 | $ 41.60 | $ 39.96 | $ 81.56 |
| 7/2/2014 | BUY | 2,200 | 4 | $ 18.23 | $ 39.96 | $ 58.19 |
| 7/7/2014 | BUY | 30,000 | 3 | $ 254.00 | $ 29.97 | $ 283.97 |
| 7/14/2014 | BUY | 1,000 | 1 | $ 8.90 | $ 9.99 | $ 18.89 |
| 8/18/2014 | BUY | 50 | 1 | $ 0.45 | $ 9.99 | $ 10.44 |
| 4/23/2015 | BUY | 10,000 | 1 | $ 38.00 | $ 9.99 | $ 47.99 |
| 4/28/2015 | BUY | 10,000 | 1 | $ 34.90 | $ 9.99 | $ 44.89 |
| 5/7/2015 | BUY | 50,000 | 3 | $ 174.80 | $ 29.97 | $ 204.77 |
| 5/14/2015 | BUY | 20,000 | 2 | $ 70.00 | $ 19.98 | $ 89.98 |
| 5/19/2015 | BUY | 100 | 1 | $ 20.00 | $ 9.99 | $ 29.99 |
| 5/27/2015 | BUY | 1,100 | 2 | $ 164.50 | $ 19.98 | $ 184.48 |
| 5/28/2015 | BUY | 500 | 1 | $ 65.00 | $ 9.99 | $ 74.99 |
| 6/1/2015 | BUY | 200 | 2 | $ 30.00 | $ 19.98 | $ 49.98 |
| 6/2/2015 | BUY | 600 | 6 | $ 89.50 | $ 59.94 | $ 149.44 |
| 6/3/2015 | BUY | 200 | 2 | $ 32.40 | $ 19.98 | $ 52.38 |
| 6/4/2015 | BUY | 200 | 2 | $ 31.00 | $ 19.98 | $ 50.98 |
| 6/5/2015 | BUY | 100 | 1 | $ 16.00 | $ 9.99 | $ 25.99 |
| 6/8/2015 | BUY | 1,500 | 3 | $ 240.00 | $ 29.97 | $ 269.97 |
| 6/9/2015 | BUY | 2,000 | 2 | $ 300.00 | $ 19.98 | $ 319.98 |

## Summary of Trading in Personal Brokerage Accounts by Erik Deitsch

| Trade Date | Transaction Type | Total Volume | Total Transactions | Total Stock Cost | Total Commissions and Fees | Total Statement Amount |
|---|---|---|---|---|---|---|
| 6/10/2015 | BUY | 2,000 | 2 | $ 300.00 | $ 19.98 | $ 319.98 |
| 6/11/2015 | BUY | 100 | 1 | $ 16.00 | $ 9.99 | $ 25.99 |
| 6/12/2015 | BUY | 2,700 | 9 | $ 439.50 | $ 89.91 | $ 529.41 |
| 6/15/2015 | BUY | 400 | 4 | $ 67.70 | $ 39.96 | $ 107.66 |
| 6/16/2015 | BUY | 800 | 4 | $ 135.70 | $ 39.96 | $ 175.66 |
| 6/17/2015 | BUY | 500 | 5 | $ 97.70 | $ 49.95 | $ 147.65 |
| 6/18/2015 | BUY | 800 | 4 | $ 164.50 | $ 39.96 | $ 204.46 |
| 6/19/2015 | BUY | 50 | 1 | $ 9.50 | $ 9.99 | $ 19.49 |
| 6/25/2015 | BUY | 300 | 3 | $ 65.50 | $ 29.97 | $ 95.47 |
| 6/30/2015 | BUY | 1,200 | 3 | $ 246.49 | $ 29.97 | $ 276.46 |
| 7/1/2015 | BUY | 2,100 | 3 | $ 409.00 | $ 29.97 | $ 438.97 |
| 7/2/2015 | BUY | 300 | 3 | $ 61.50 | $ 29.97 | $ 91.47 |
| 7/6/2015 | BUY | 100 | 1 | $ 22.00 | $ 9.99 | $ 31.99 |
| 7/7/2015 | BUY | 200 | 1 | $ 40.00 | $ 9.99 | $ 49.99 |
| 7/8/2015 | BUY | 100 | 1 | $ 18.00 | $ 9.99 | $ 27.99 |
| 7/9/2015 | BUY | 400 | 2 | $ 67.50 | $ 19.98 | $ 87.48 |
| 7/16/2015 | BUY | 200 | 1 | $ 38.00 | $ 9.99 | $ 47.99 |
| 7/17/2015 | BUY | 900 | 3 | $ 168.50 | $ 29.97 | $ 198.47 |
| 7/21/2015 | BUY | 675 | 6 | $ 126.14 | $ 59.94 | $ 186.08 |
| 7/22/2015 | BUY | 650 | 6 | $ 121.75 | $ 59.94 | $ 181.69 |
| 7/23/2015 | BUY | 720 | 6 | $ 132.80 | $ 59.94 | $ 192.74 |
| 7/29/2015 | BUY | 1,300 | 2 | $ 230.36 | $ 19.98 | $ 250.34 |
| 8/5/2015 | BUY | 2,000 | 2 | $ 296.10 | $ 19.98 | $ 316.08 |
| 8/10/2015 | BUY | 1,000 | 2 | $ 158.00 | $ 19.98 | $ 177.98 |
| 8/12/2015 | BUY | 800 | 2 | $ 129.50 | $ 19.98 | $ 149.48 |
| 8/13/2015 | BUY | 500 | 1 | $ 79.90 | $ 9.99 | $ 89.89 |
| 9/1/2015 | BUY | 1,000 | 2 | $ 180.00 | $ 14.90 | $ 194.90 |
| 9/2/2015 | BUY | 700 | 3 | $ 119.66 | $ 21.60 | $ 141.26 |
| 9/3/2015 | BUY | 500 | 1 | $ 79.51 | $ 7.40 | $ 86.91 |
| 9/4/2015 | BUY | 600 | 2 | $ 95.88 | $ 14.48 | $ 110.36 |
| 9/8/2015 | BUY | 600 | 5 | $ 86.53 | $ 35.43 | $ 121.96 |
| 9/15/2015 | BUY | 200 | 2 | $ 26.06 | $ 14.13 | $ 40.19 |

## Summary of Trading in Personal Brokerage Accounts by Erik Deitsch

| Trade Date | Transaction Type | Total Volume | Total Transactions | Total Stock Cost | Total Commissions and Fees | Total Statement Amount |
|---|---|---|---|---|---|---|
| 9/21/2015 | BUY | 800 | 2 | $ 103.00 | $ 14.52 | $ 117.52 |
| 9/22/2015 | BUY | 400 | 4 | $ 39.28 | $ 28.20 | $ 67.48 |
| 9/24/2015 | BUY | 200 | 2 | $ 19.01 | $ 14.10 | $ 33.11 |
| 9/25/2015 | BUY | 100 | 1 | $ 11.71 | $ 7.06 | $ 18.77 |
| 9/29/2015 | BUY | 300 | 3 | $ 31.85 | $ 21.16 | $ 53.01 |
| 10/16/2015 | BUY | 1,000 | 1 | $ 93.50 | $ 7.47 | $ 100.97 |
| 10/19/2015 | BUY | 1,000 | 2 | $ 93.50 | $ 14.46 | $ 107.96 |
| 10/20/2015 | BUY | 2,000 | 7 | $ 172.21 | $ 49.85 | $ 222.06 |
| 10/23/2015 | BUY | 300 | 3 | $ 30.06 | $ 21.15 | $ 51.21 |
| 10/26/2015 | BUY | 100 | 1 | $ 9.86 | $ 7.05 | $ 16.91 |
| 3/14/2016 | BUY | 13,500 | 3 | $ 257.65 | $ 22.29 | $ 279.94 |
| 3/17/2016 | BUY | 2,000 | 2 | $ 36.00 | $ 14.18 | $ 50.18 |
| 3/30/2016 | BUY | 1,000 | 1 | $ 19.00 | $ 7.10 | $ 26.10 |
| 4/1/2016 | BUY | 1,000 | 1 | $ 18.40 | $ 7.09 | $ 25.49 |
| 4/4/2016 | BUY | 1,000 | 1 | $ 18.00 | $ 7.09 | $ 25.09 |
| 4/5/2016 | BUY | 1,000 | 1 | $ 18.00 | $ 7.09 | $ 25.09 |
| | Totals: | | 273 | $ 12,802.94 | $ 2,185.97 | $ 14,988.91 |

Sources:

Plaintiff's Third Request for Admissions to Defendant Erik Deitsch dated March 6, 2020, along with Deitsch's responses dated April 6, 2020

TD Ameritrade Brokerage Statements (SEC-NUTRA-000112660-112877)

TD Ameritrade Trading Blotters (SEC-NUTRA-000343766, 345732)

Scottrade Brokerage Statements (SEC-NUTRA-000343698-343762)