UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

-against-

NUTRA PHARMA CORPORATION, ERIK DEITSCH a/k/a RIK DEITSCH, and SEAN PETER MCMANUS,

                Defendants.

18 Civ. 05459 (JS) (ST)

## NOTICE OF PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S MOTIONS *IN LIMINE*

**PLEASE TAKE NOTICE** that, on a date and time set by the Court, the undersigned attorneys for Plaintiff Securities and Exchange Commission (the "Commission") shall move before the Honorable Joanna Seybert, United States District Judge, of the United States District Court for the Eastern District of New York, at the Alfonse M. D'Amato Federal Building, United States District Court, 100 Federal Plaza, Courtroom 1030, Central Islip, New York 11722, for the entry of an order granting the Commission's Motions *In Limine*.

**PLEASE TAKE FURTHER NOTICE** that, in support of this motion, the Commission will be relying upon (1) Plaintiff Securities and Exchange Commission's Memorandum of Law in Support of Its Motions *In Limine*, filed herewith; and (2) the Declaration of Russell J. Feldman and exhibits thereto, filed herewith.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the briefing schedule agreed upon by the parties and approved by the Court, Defendants' oppositions shall be filed no later

than March 5, 2024 and Plaintiff's reply submission, if any, will be due no later than March 11, 2024.

Dated: February 20, 2024　　　　　　SECURITIES AND EXCHANGE COMMISSION
　　　　New York, New York

　　　　　　　　　　　　　　　　　　By: /s/ Russell J. Feldman_____

　　　　　　　　　　　　　　　　　　Russell J. Feldman
　　　　　　　　　　　　　　　　　　Karolina Klyuchnikova
　　　　　　　　　　　　　　　　　　Daniel Loss
　　　　　　　　　　　　　　　　　　Lindsay Moilanen
　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　Securities and Exchange Commission
　　　　　　　　　　　　　　　　　　New York Regional Office
　　　　　　　　　　　　　　　　　　100 Pearl Street, Suite 20-100
　　　　　　　　　　　　　　　　　　New York, New York 10004-2616
　　　　　　　　　　　　　　　　　　(212) 336-9144 (Feldman)
　　　　　　　　　　　　　　　　　　FeldmanR@sec.gov